UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In Re: Platinum and Palladium Commodities Litigation*<br><br>This Document Relates To:<br><br>   All Actions | MASTER FILE<br>No. 10 Civ. 3617 (WHP) |

### DEFENDANTS' AMENDED NOTICE OF MOTION

PLEASE TAKE NOTICE THAT, upon the accompanying memorandum of law [Docket No. 34] and supporting declarations, as well as any prior submissions and proceedings in this matter, and any other submissions and proceedings as shall be made in support of this motion, Defendants Moore Capital Management LP, Moore Capital Advisors, LLC, Moore Advisors, Ltd., Moore Macro Fund, LP, Moore Global Fixed Income Master Fund, LP, Christopher L. Pia, and MF Global Inc. will move this Court before the Honorable William H. Pauley III at the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007 as soon as the Court may direct for an order staying discovery pending Defendants' motion to dismiss this action.

Dated: New York, New York
       September 27, 2010

                                  By:   /s/  David M. Zensky

                                  AKIN GUMP STRAUSS HAUER & FELD LLP
                                  David M. Zensky, Esq.
                                  Jamison A. Diehl, Esq.
                                  Peter I. Altman, Esq.
                                  One Bryant Park
                                  New York, New York 10036
                                  *Counsel for Defendants Moore Capital Management*
                                  *LP, Moore Capital Advisors, LLC, Moore Advisors,*
                                  *Ltd., Moore Macro Fund, LP, and Moore Global*
                                  *Fixed Income Master Fund, LP*

By: /s/ Jennifer L. Rochon

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Jennifer L. Rochon, Esq.
Jade A. Burns, Esq.
1177 Avenue of the Americas
New York, New York 10036
*Counsel for Defendant Christopher L. Pia*

By: /s/ Therese M. Doherty

HERRICK, FEINSTEIN LLP
Therese M. Doherty, Esq.
Christopher Greeley, Esq.
2 Park Avenue
New York, New York 10016
*Counsel for Defendant MF Global Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of Defendants' Amended Notice of Motion was filed electronically with the United States District Court for the Southern District of New York with notice of case activity to be generated and sent electronically by the Clerk of the Court on this 27th day of September, 2010 to counsel for Plaintiffs:

LOVELL STEWART HALEBIAN JACOBSON LLP
Christopher Lovell, Esq.
Christopher M. McGrath, Esq.
61 Broadway, Suite 501
New York, New York 10006
clovell@lshllp.com
cmcgrath@lshllp.com

DOYLE LOWTHER LLP
John Lowther, Esq.
William J. Doyle II, Esq.
9466 Black Mountain Road, Suite 210
San Diego, CA 92126
john@doylelowther.com
bill@doylelowther.com


By:   /s/ Jamison A. Diehl
       Jamison A. Diehl, Esq.